# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| May 20, 2005 | May 20, 2005 5:26 pm | USPS |

**INVENTORY MADE IN THE PRESENCE OF**

J.D. Tynan, T. Coram, F. Aponte

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Large Baggie

Dryer Sheets

Clear Cellophane

Vaseline

4 Bundles of suspected marijuana

Approx.
- 1.0 oz.
- 1.4 oz.
- 1.3 oz.
- 1.2 oz.

# CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

_J.D.T._

Subscribed, sworn to, and returned before me this date.

_[signature]_ U.S. Judge or Magistrate

May 27, 2005
Date